UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, ) | |
| SREAM, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-03956-SEB-DML |
| ) | |
| BAPSHREE, LLC, ) | |
| DINESHKUMAR PATEL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

By order dated September 24, 2019, Magistrate Judge Debra McVicker Lynch recommended that Plaintiffs' case be dismissed for failure to prosecute their claims. The Magistrate Judge noted that on September 16, 2019, the Court issued an Order to Show Cause. The Plaintiffs were ordered to show cause by September 23, 2019, why the complaint should not be dismissed for failure to serve defendants within 90 days of its filing. To date, Plaintiffs have not responded to the order to show cause. Plaintiff was advised that failure to comply with this Court's *Show Cause Order* would result in this Magistrate Judge's recommendation to the District Court that his case be dismissed for failure of the Plaintiffs to prosecute their claims, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Final judgment will issue accordingly.

IT IS SO ORDERED

Date: 10/10/2019

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jonathan G. Chance
JC LAW OFFICES
jc@jc-law.com